1008

*In the Matter of the Estate of* JOHN C. WILLIAMS.

MARSHALLTOWN COMPANY, *Appellant*, v. STEVEN SOLE, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-4-03673-6, Michael J. Fox, J., entered September 8, 2005. *Remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Cox, JJ.

VINCENT ABBEY ET AL., *Appellants*, v. MARK JAFFE ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-19691-1, William L. Downing, J., entered September 11, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Grosse, J.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN T. BURROWS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-01113-3, James H. Allendoerfer, J., entered September 12, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Dwyer, J.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DARNELL OATIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-8-01149-1, Joan B. Allison, J. Pro Tem., entered September 19, 2006. *Reversed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Dwyer, J.